LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

July 8, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J. 7/10/2020

Re:   United States v. Arsenio Genao Francisco
       Case No. 20 Cr. 147 (VSB)

Dear Judge Broderick:

I represent Arsenio Genao Francisco in the above-referenced matter. He is on pretrial release under conditions including home detention and electronic monitoring.

Electronic monitoring does not permit Mr. Francisco to be outside on his property. I request that the Court modify the conditions of his pretrial release, such that, from 9:00am to 1:00pm each weekday, he be permitted to access the yard areas on the property of his residence. All other conditions are to remain the same.

ASUA Jun Xiang and Pretrial Services Officer Leo Barrios consent to this request.

Respectfully submitted,

/s/ *Stephen Turano*

Stephen Turano
Attorney for Arsenio Genao Francisco

cc: Counsel for the Government (by ECF)