LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

August 3, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  8/5/2020

Re:   United States v. Arsenio Genao Francisco
      Case No. 20 Cr. 147 (VSB)

Dear Judge Broderick:

    I represent Arsenio Genao Francisco in the above-referenced matter. He is on pretrial release under conditions including home detention and electronic monitoring. In July, the Court granted Mr. Francisco's request to modify the conditions of his pretrial release to permit him access the yard areas on the property of his residence on weekday mornings.

    I now request that he be permitted to leave his residence only for work at Gitana Multiservice, a real-estate rental company owned by his wife. Before his arrest, Mr. Francisco was the company's general manager. We request that he be permitted to work on site at the company's offices at 48 Sherman Avenue, Bronx, New York. Gitana Multiservice is open Monday through Saturday from 9am to 7pm.

    The Government, by ASUA Jun Xiang, does not object to this application and Pretrial Services defers to the Government.

                                                    Respectfully submitted,

                                                    /s/ *Stephen Turano*
                                                    Stephen Turano
                                                    Attorney for Arsenio Genao Francisco

cc: Counsel for the Government (by ECF)