LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

November 2, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  11/4/2020

The status conference scheduled for November 13, 2020 is adjourned to January 13, 2021 at 10:30 a.m. The adjournment is necessary to allow defense counsel to review discovery, and engage in any discussions regarding a pretrial disposition. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between November 13, 2020 and January 13, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

Re:  United States v. Rodriguez, et al.
     Case No. 20 Cr. 147 (VSB)

Dear Judge Broderick:

   I represent Arsenio Genao Francisco in the above-referenced matter. The defense respectfully requests that the Court adjourn the status conference currently scheduled for November 13, 2020, for 60 days to give defense counsel an opportunity to complete review of the discovery and to engage in discussions regarding pre-trial disposition.

   For the same reasons, with the consent of Amy Gallicchio, Esq., counsel for De La Cruz Rodriguez, and the Government, by AUSA Jun Xiang, having no objection, I move for a 60-day adjournment of the status conference and to exclude time under the Speedy Trial Act until the next scheduled status conference.

                    Respectfully submitted,

                    /s/ *Stephen Turano*
                    Stephen Turano
                    Attorney for Arsenio Genao Francisco

cc:  Counsel for the Government (by ECF)