LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

November 13, 2020

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 11/22/2020

Re:   United States v. Arsenio Genao Francisco
      Case No. 20 Cr. 147 (VSB)

Dear Judge Broderick:

   I represent Arsenio Genao Francisco in the above-referenced matter. He is on pretrial release under conditions including home detention and electronic monitoring and a bail package includes a $250,000 bond, secured by property and six co-signors. His travel is restricted to the SDNY and EDNY.

   I request the Court modify Mr. Francisco's conditions of pretrial release to permit him to travel to the District of New Jersey (Newark), with the pre-approval of Pretrial Services, for the purpose of meeting me at my Newark, New Jersey office. All other conditions are to remain the same.

   ASUA Jun Xiang and Pretrial Services Officer Leo Barrios consent to this request.

                                               Respectfully submitted,

                                               /s/ *Stephen Turano*

                                               Stephen Turano
                                               Attorney for Arsenio Genao Francisco

cc:  Counsel for the Government (by ECF)