LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

March 10, 2021

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 3/12/2021**

Re:   United States v. Arsenio Genao Francisco
      Case No. 20 Cr. 147 (VSB)

Dear Judge Broderick:

I represent Arsenio Genao Francisco in the above-referenced matter. He is on pretrial release under conditions including home detention and electronic monitoring. In August 2020, the Court granted Mr. Francisco's request to modify the conditions of his pretrial release to permit him to leave his residence to work at Gitana Multiservice, a real-estate rental company owned by his wife.

Mr. Francisco now requests permission to leave his home on March 15, 2021, from 10a.m. to 2p.m. to travel to Connecticut to appear in person for a traffic violation in connection with his employment.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano
Attorney for Arsenio Genao Francisco

cc:  Counsel for the Government (by ECF)