LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

March 23, 2021

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  3/24/2021

Re:   United States v. Arsenio Genao Francisco
      Case No. 20 Cr. 147 (VSB)

Dear Judge Broderick:

I represent Arsenio Genao Francisco in the above-referenced matter.

Your Honor permitted Mr. Francisco permission to leave his home on March 15, 2021, from 10a.m. to 2p.m. to travel to Stamford, Connecticut to appear in person for a traffic violation in connection. Mr. Francisco has a follow-up appearance I the same court for March 25, 2021, at 10 a.m.

Therefore, I request that Mr. Francisco be permitted to leave his home from 9:00 a.m. to approximately 1:30 p.m. to attend to the ticket.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano
Attorney for Arsenio Genao Francisco

cc:  Counsel for the Government (by ECF)