LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

April 7, 2021

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 4/11/2021**

    Re: United States v. Arsenio Genao Francisco
       Case No. 20 Cr. 147 (VSB)

Dear Judge Broderick:

  I represent Arsenio Genao Francisco in the above-referenced matter.

  Your Honor permitted Mr. Francisco permission to leave his home on March 15, 2021 and March 25, 2021 to travel to Stamford, Connecticut to appear in person for a traffic violation in connection (Docket No. S01S-MV21-0061985-S). Mr. Francisco has a follow-up appearance in the same matter for April 12, 2021 at 10:00 a.m.

  Therefore, I request that Mr. Francisco be permitted to leave his home from 9:00 a.m. to approximately 1:30 p.m. to attend to the ticket.

            Respectfully submitted,

            /s/ *Stephen Turano*
            Stephen Turano
            Attorney for Arsenio Genao Francisco

cc: Counsel for the Government (by ECF)