

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2021

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/2/2021

      Re: **United States v. Genao Francisco, et al., 20 Cr. 147 (VSB)**

Dear Judge Broderick:

    In light of the plea hearing for defendant Arsenio Genao Francisco scheduled for July 9, 2021, the Government respectfully requests that the pretrial deadlines set by the Court be adjourned sine die.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by:   /s/ Jun Xiang
    Jun Xiang
    Assistant United States Attorney
    (212) 637-2289

CC:   Amy Gallicchio, Esq. (by ECF)
      Stephen Turano, Esq. (by ECF)