# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Leticia Silva
Legal Assistant

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 10/4/2021

September 29, 2021

Sentencing in this matter is hereby adjourned to November 15, 2021 at 10:00 a.m.

The Honorable Vernon S. Broderick
United States Circuit Judge
Second Circuit Court of Appeals
40 Foley Square New York, NY 10007
-Via ECF-

          Re:    <u>USA v. Arsenio Genao Francisco,</u>
                 20 Crim 147 (VSB)

Dear Judge Broderick,

    Our office represents Mr. Arsenio Genao Francisco, whose Sentencing Hearing is scheduled for October 15, 2021 at 10:00AM.

    Unfortunately, I will be engaged in an in-person appearance before the U.S. District Court for the Western District of New York-Buffalo.

    We respectfully request a 30-Day adjournment of the Sentencing Hearing, or any date thereafter convenient to this Honorable Court.

    The Government, by way of A.U.S.A. Ni Qian, has no objections to this request.

    Thank you for your consideration.

                        Respectfully submitted,

                        <u>S/Telesforo Del Valle Jr.</u>
                        Telesforo Del Valle Jr., Esq.

Cc.    A.U.S.A. Ni Qian, Esq.